1  STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
2  ANDREA BREUER, ESQ.; STATE BAR NO. 161819

3  **THARPE & HOWELL, LLP**
   **15250 Ventura Blvd., Ninth Floor**
   **Sherman Oaks, California 91403**
4  **(818) 205-9955; (818) 205-9944 fax**
   E-Mail:  sforman@tharpe-howell.com
5  E-Mail:  abreuer@tharpe-howell.com

6  Attorneys for Defendant,
   LOWE'S HOME CENTERS, LLC
7

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11  WENDY PATRICE ROULHAC.            | Case No.: 5:23−cv−02290−SSS−DTBx
                                      | [*San Bernardino County Case No.:*
12           Plaintiff,              | *CIVSB2324245*]

13  v.                               | **JOINT NOTICE OF SETTLEMENT**

14  LOWE'S HOME CENTERS, LLC and
    DOES 1 to 50, inclusive,
15
             Defendants.            | Complaint Filed: September 25, 2023
16

17

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                        -1-
          **JOINT NOTICE OF SETTLEMENT**

**TO THE COURT:**

Counsel for plaintiff WENDY PATRICE ROULHAC and defendant LOWE'S HOME CENTERS, LLC jointly submit this Notice of Settlement to notify the Court that the parties have reached a settlement agreement in this litigation. The settlement disposes of the entire action. The parties request that this Court take all dates off calendar.

Respectfully submitted,

Dated: May 16, 2025                    THARPE & HOWELL, LLP

                                       */s/ Andrea Breuer*

                                       By: _____
                                           STEPHANIE FORMAN
                                           ANDREA BREUER
                                           Attorneys for Defendant,
                                           LOWE'S HOME CENTERS, LLC

Dated:  May 16, 2025                   THE LAW OFFICES OF JACOB EMRANI

                                       */s/ Karina Padua*

                                       By: _____
                                           KARINA PADUA
                                           Attorneys for Plaintiff,
                                           WENDY PATRICE ROULHAC

***Pursuant to Local Rule 5-4.3.4(a)(2)(i), Andrea Breuer, the filer of this document, attests that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.***

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

**JOINT NOTICE OF SETTLEMENT**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Karina Padua, Esq.<br>Law Offices of Jacob Emrani APC<br>714 W. Olympic Blvd., Ste. 300<br>Los Angeles, California 90015<br>213-748-7734; Fax: 213-748-8879<br><br>karina@calljacob.com<br>douglasm@calljacob.com<br>kerina@calljacob.com<br>lyndsey@calljacob.com<br>eservice@calljacob.com | Attorneys for Plaintiff,<br>WENDY PATRICE ROULHAC |

5. a. __X__    **BY ELECTRONIC TRANSMISSION**. By e-mailing the document(s) to the person(s) at the e-mail address(es) listed in item 4 pursuant to prior written consent of the party(ies) served. Fed.R.Civ.P. 5(b)(2)(E) and (F). I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date): See below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | | |
|---|---|---|
| 5/16/2025 | Amy Eivazian | *Amy Eivazian* |
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\34000-000\34286\Pleadings\FEDERAL\Jt. Notice of Settlement.docx

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221